IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VINCENT F. RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-06-470-T |
| | ) | |
| BRAD HENRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation issued May 30, 2006, by United States Magistrate Judge Robert Bacharach pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Bacharach recommends denial of Plaintiff's request for *in forma pauperis* status and, if the filing fee is not paid, dismissal of the action without prejudice. Judge Bacharach has advised Plaintiff of his right to object to the Report and Recommendation and the consequences of failing to object.

Plaintiff has neither filed a timely objection nor requested additional time to object. Thus the Court finds Plaintiff has waived further review of all issues addressed by Judge Bacharach. For this reason, and because de novo consideration of the issues reveals Judge Bacharach's analysis is correct, the Court ADOPTS the Report and Recommendation [Doc. 13] in its entirety.

Therefore, Plaintiff's Motion to Proceed In Forma Pauperis [Doc. 2] is DENIED. Plaintiff is directed to pay the $350.00 filing fee to the Clerk of this Court within 20 days of this Order. Failure to pay the required fee in full by that date will result in the dismissal of this action without prejudice to refiling.

Entered this 28th day of June, 2006.

_/s/ Ralph G. Thompson_

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE